UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

            Plaintiff,

     v.

ARLEEN GADRINA CIFUENTES,

            Defendant.

Case No. 1-14-cr-00181-BLW-1

**REPORT AND
RECOMMENDATION**

On January 27, 2015, Defendant ARLEEN GADRINA CIFUENTES appeared
before the undersigned United States Magistrate Judge to enter a change of plea pursuant
to a written plea agreement. The Defendant executed a waiver of the right to have the
presiding United States District Judge take her change of plea. Thereafter, the Court
explained to the Defendant the nature of the charges contained in the applicable
Indictment (Dkt. 1), the maximum penalties applicable, her Constitutional rights, the
impact that the Sentencing Guidelines will have, and that the District Judge will not be
bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of
the Defendant, counsel, and the government, finds that there is a factual basis for the
Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the
consequences, and that the plea should be accepted. The undersigned also ordered a pre-
sentence investigation to be conducted and a report prepared by the United States

**REPORT AND RECOMMENDATION - 1**

Probation Office.

## **RECOMMENDATION**

### **NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)      The District Court accept Defendant ARLEEN GADRINA CIFUENTES's plea of guilty to Counts One and Fifteen of the Indictment (Dkt. 1),

2)      The District Court order forfeiture consistent with Defendant ARLEEN GADRINA CIFUENTES's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement (Dkt. 1).

3)      The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts Two through Fourteen, Nineteen, Twenty-One, and Twenty-Nine of the Indictment (Dkt. 1) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: January 27, 2015

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE